UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS K. VERDOCK, | : |
| Plaintiff, | : |
| v. | : CIV. NO. 3:03CV0556 (PCD) |
| EMSAR, INC., | : |
| Defendant. | : |
| | : October 17, 2003 |

FILED
Oct 20   3 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION TO WITHDRAW APPEARANCE OF DAVID P. POWILATIS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendant Emsar Incorporated in this case because he has accepted in-house position and will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendant Emsar Incorporated. Jackson Lewis attorney Conrad S. Kee has already entered an appearance on behalf of the defendant.

Respectfully submitted,
DEFENDANT,
CURTIS PACKAGING CORPORATION,

By: _____
David P. Powilatis (CT 21766)
powilatd@jacksonlewis.com
Conrad S. Kee (CT 16904)
keec@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Ph.: (203) 961-0404
Fax: (203) 324-4704

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing has been served, via first class mail, postage prepaid, on this 17th day of October, 2003, to counsel of record below:

Andrew Houlding, Esq.
Rome McGuigan Sabanosh PC
One State Street
Hartford, CT 06103

_____
David P. Powilatis



Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 177 Broad Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| P.O. Box 251 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Stamford, CT 06904-0251 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 203 961-0404 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 203 324-4704 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

October 17, 2003

VIA CERTIFIED MAIL
(Return Receipt No. 7003 0500 0002 2922 3953)

Ms. Ruth Pesavento
Director of Human Resources
Emsar Incorporated
125 Access Road
Stratford, CT 06615

       Re: Thomas Verdock v. Emsar, Inc.
          Civ. No. 3:03CV0556 (PCD)

Dear Ruth:

  As we discussed, I am leaving Jackson Lewis because I have accepted an in-house labor relations position. Accordingly, I must withdraw my appearance as attorney for Emsar Incorporated in the above-referenced matter. Enclosed please find a copy of the Motion to withdraw my appearance.

  Jackson Lewis LLP and attorney Conrad S. (Shawn) Kee will continue to represent Emsar in this matter. If you have any questions, please contact Shawn at (203) 961-0404.

  Thank you for your attention to this matter.

          Sincerely,

          JACKSON LEWIS LLP

          David P. Powilatis

DPP/rp
Enclosure

cc: Conrad S. Kee, Esq.