**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
Oct 20  3 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| THOMAS K. VERDOCK, | : |
| Plaintiff, | : |
| | : |
| v. | : CIV. NO. 3:03CV0556 (PCD) |
| | : |
| EMSAR, INC., | : |
| | : |
| Defendant. | : |
| | : October 17, 2003 |

## MOTION TO WITHDRAW APPEARANCE OF DAVID P. POWILATIS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendant Emsar Incorporated in this case because he has accepted in-house position and will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendant Emsar Incorporated. Jackson Lewis attorney Conrad S. Kee has already entered an appearance on behalf of the defendant.

Respectfully submitted,
DEFENDANT,
CURTIS PACKAGING CORPORATION,

By: _____
David P. Powilatis (CT 21766)
powilatd@jacksonlewis.com
Conrad S. Kee (CT 16904)
keec@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Ph.: (203) 961-0404
Fax: (203) 324-4704

GRANTED. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

FILED
Oct 24  3 16 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

10/23/03