UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 1  10 58 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| THOMAS K. VERDOCK, | : |
| Plaintiff, | : |
| v. | : CIV. NO. 3:03CV0556 (PCD) |
| EMSAR, INC., | : |
| Defendant. | : |
| | : November 26, 2003 |

### APPEARANCE OF DANIEL GREEN

Please enter my appearance as attorney for Defendant Emsar, Inc. in addition to the appearances of Conrad S. Kee and Christian A. Grenier, already on file.

By: _____
Daniel Green
CT 08746
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
greend@jacksonlewis.com

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been served, via Federal Express, postage prepaid, on this 26th day of November, 2003, to counsel of record below:

Andrew Houlding, Esq.
Rome McGuigan Sabanosh PC
One State Street
Hartford, CT 06103

_____
Daniel Green

2