UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS K. VERDOCK, : | |
| Plaintiff, : | |
| : | No. 3:03CV0556 (PCD) |
| v. : | |
| EMSAR, INC., : | December 1, 2003 |
| Defendant. : | |

### REVISED MOTION TO EXTEND SCHEDULING DEADLINES

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Defendant Emsar, Inc. respectfully requests that the scheduling deadlines incorporated in the parties' Rule 26(f) report be extended to provide that discovery shall be completed by February 27, 2004, dispositive motions shall be filed by March 28, 2004, and if no dispositive motions are filed, the case shall be ready for trial by April 15, 2004. In support of this motion, the Defendant represents:

1. This motion is filed to supplement and amend the November 26, 2003 Motion to Extend.

2. The undersigned has spoken to Attorney Andrew Houlding, representing the Plaintiff, and he has no objection to the granting of this motion.

3. The parties each previously requested one extension of time to respond to the opposing party's interrogatories and requests for production.

4. The current schedule provides that discovery shall be completed by November 28, 2003, dispositive motions shall be filed by January 15, 2004, and if no dispositive motions are filed, the case is to be ready for trial by January 30, 2004.

5.  The requested extensions are necessary because Attorney David Powilatis, who was assigned to this file, accepted an in-house position, and is no longer employed by Jackson Lewis, LLP. His departure has delayed discovery and other efforts on this case.

**WHEREFORE,** the Defendant respectfully requests that this Motion for Extension be granted.

Respectfully submitted.

DEFENDANT,
EMSAR, INC.

By _____
Daniel Green
CT 08746
Jackson Lewis LLP
177 Broad Street
Stamford, Connecticut 06904-0251
(203) 961-0404
greend@jacksonlewis.com
ITS ATTORNEYS

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail, this date, to Andrew Houlding, Esq., Rome McGuigan Sabanosh, P.C., One State Street, 13th Floor, Hartford, CT 06103-3101.

_____
Daniel Green