UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 1 10 58 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

THOMAS K. VERDOCK,

    Plaintiff,

v.

EMSAR, INC.,

    Defendant.

No. 3:03CV0556 (PCD)

November 26, 2003

## MOTION TO EXTEND SCHEDULING DEADLINES

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Defendant Emsar, Inc. respectfully requests that the scheduling deadlines incorporated in the parties' Rule 26(f) report be extended to provide that discovery shall be completed by February 27, 2004, dispositive motions shall be filed by March 28, 2004, and if no dispositive motions are filed, the case shall be ready for trial by April 15, 2004. In support of this motion, the Defendant represents:

1. The undersigned this day attempted to reach Plaintiff's counsel, Andrew Houlding. I was unable to reach him, and was thus unable to determine whether he consents or objects to this motion.

2. The parties each previously requested one extension of time to respond to the opposing party's interrogatories and requests for production.

3. The current schedule provides that discovery shall be completed by November 28, 2003, dispositive motions shall be filed by January 15, 2004, and if no dispositive motions are filed, the case is to be ready for trial by January 30, 2004.