UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS K. VERDOCK, | : |
| Plaintiff, | : |
| | : No. 3:03CV0556 (PCD) |
| v. | : |
| EMSAR, INC., | : January 27, 2004 |
| Defendant. | : |

## MOTION TO EXTEND SCHEDULING DEADLINES

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Defendant Emsar, Inc. respectfully requests that the scheduling deadlines previously established by the Court be extended to provide that discovery shall be completed by February 27, 2004, dispositive motions shall be filed by March 24, 2004, and if no dispositive motions are filed, the case shall be ready for trial by April 2, 2004. In support of this motion, the Defendant represents:

1. The current schedule established by the Court provides that discovery is to be completed by January 30, 2004, dispositive motions are to be filed by February 23, 2004, and absent the filing of dispositive motions, the case is to be ready for trial by March 5, 2004.

2. Despite diligent efforts, counsel for the Defendant will be unable to complete discovery in this matter by January 30, 2004. PJO Shancupp previously ordered that an authorization be provided by the Plaintiff which would allow the Defendant to obtain records from a non-party witness. The authorization was provided

and sent to the witness, but, to date, despite repeated follow-up inquiry by counsel, the witness has not made the records available.

       3.      The parties had agreed that the Plaintiff would be deposed on January 28, 2004, but the deposition has been postponed due to the anticipated winter storm.

       4.      The Defendant represents that all discovery will be completed by February 27, 2004.

       5.      The undersigned has spoken to Attorney Andrew Houlding, representing the Plaintiff, and he joins in the request that this motion be granted.

       6.      The Defendant previously filed a Motion to Extend Scheduling Deadlines, and a Revised Motion to Extend Discovery Deadlines

**WHEREFORE,** the Defendant respectfully requests that this Motion for Extension be granted.

Respectfully submitted.

DEFENDANT,
EMSAR, INC.

By_____
Conrad S. Kee
CT 16904
Jackson Lewis LLP
177 Broad Street
Stamford, Connecticut 06904-0251
(203) 961-0404
Email: keec@jacksonlewis.com
ITS ATTORNEYS

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail, this date, to Andrew Houlding, Esq., Rome McGuigan Sabanosh, P.C., One State Street, 13th Floor, Hartford, CT 06103-3101.

                                                           _____
                                                                Conrad S. Kee