UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS K. VERDOCK          :
                           :
   -vs-                    :     Civil No. 3:03 cv 556 (PCD)
                           :
EMSAR, INC.                :

ORDER ON MOTION FOR EXTENSION OF TIME

      The defendant's motion for extension of time until February 27, 2004 to complete discovery and until March 24, 2004 to file dispositive motions (Document #20) is hereby GRANTED.

    SO ORDERED.

    Dated at New Haven, Connecticut, January 30, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge