UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS K. VERDOCK<br>Plaintiff,<br><br>v.<br><br>EMSAR, INC.<br>Defendant. | :<br>:<br>: Civil No. 3:03CV556(PCD)<br>:<br>:<br>: October 7, 2004<br>:<br>: |

APPEARANCE

Please enter the appearance of the undersigned counsel in the above captioned matter on behalf of the Defendant, EMSAR, Inc.

                         DEFENDANT,
                         EMSAR INC.

By: _____
Tasos C. Paindiris (ct 16739)
Jackson Lewis Schnitzler & Krupman
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
P: (860) 522-0404
F: (860) 247-1330
paindirt@jacksonlewis.com

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 7th day October, 2004, to the following counsel of record:

      Andrew Houlding
      Rome, McGuigan, Sabanosh PC
      One State Street
      Hartford, CT 06103-3101

      _____
      Tasos C. Paindiris