FILED
Oct 18  2 43 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THOMAS K. VERDOCK** | : | Civil Action No. |
| Plaintiff, | : | 3:03cv0556 (PCD) |
| | : | |
| V. | : | |
| | : | |
| **EMSAR, INC.** | : | |
| Defendant. | : | OCTOBER 15, 2004 |

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH TRIAL PREPARATION ORDER

The plaintiff in the above-captioned matter, Thomas K. Verdock, through his undersigned counsel, hereby states that he has complied with the court's Trial Preparation Order, dated October 5, 2004, by sending Section A of the Trial Management Report to Defendant's counsel.

        THE PLAINTIFF,
        THOMAS K. VERDOCK

        _____
        Andrew L. Houlding, Esq.
        Federal Bar #CT12137
        Rome McGuigan, P.C.
        One State Street, 13th Floor
        Hartford, CT 06103-3101
        Tel: (860) 549-1000
        Fax: (860) 724-3921
        His Attorneys
        ahoulding@rms-law.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent on this 15th day of October, 2004, via first class mail, postage prepaid, to the following counsel of record:

Tasos Paindiris, Esq.
Jackson Lewis, LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251

Andrew Houlding

8835-4/386679

- 2 -