UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS K. VERDOCK, | : | NO. 3:03CV0556 (PCD) |
| Plaintiff, | : | |
| v. | : | |
| EMSAR, INC., | : | NOVEMBER 1, 2004 |
| Defendant. | : | |

### DEFENDANT'S NOTICE OF COMPLIANCE
### WITH TRIAL PREPARATION ORDER

The Defendant in the above-captioned matter, Emsar, Inc., through its undersigned counsel, hereby states that he has complied with the court's Trial Preparation Order, dated October 5, 2004, by sending Section B of the Trial Management Report to Plaintiff's counsel.

>
> Respectfully submitted,
> DEFENDANT,
> EMSAR INCORPORATED,
>
> By: _____
> Tasos C. Paindiris (ct 16739)
> JACKSON LEWIS LLP
> 55 Farmington Avenue, Suite 1200
> Hartford, Connecticut 06105
> Tel: (860) 522-0404
> Fax: (860) 247-1330
> E-mail: PaindirT@jacksonlewis.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by e-mail and by regular mail, postage prepaid, on this 1st day November, 2004, to the following counsel of record:

Andrew Houlding
Rome, McGuigan, Sabanosh PC
One State Street
Hartford, CT 06103-3101


_____
Tasos C. Paindiris