UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS K. VERDOCK<br>Plaintiff, | :<br>:<br>: Civil No. 3:03CV556(PCD)<br>: |
| v. | : |
| EMSAR, INC.<br>Defendant. | : November 10, 2004<br>:<br>: |

## APPEARANCE

Please enter the appearance of the undersigned counsel in the above captioned matter on behalf of the Defendant, EMSAR, Inc.

DEFENDANT,
EMSAR INC.

By: /s/ William J Anthony
William J Anthony (ct17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
P: (860) 522-0404
F: (860) 247-1330
AnthonyW@jacksonlewis.com

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 10th day November, 2004, to the following counsel of record:

      Andrew Houlding
      Rome, McGuigan, Sabanosh PC
      One State Street
      Hartford, CT 06103-3101

_____
William J. Anthony