UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bench Trial Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

November 30, 2004 - December 1, 2004

10:00 A.M.

CASE NO.   3-03-cv-556 (PCD)   Thomas K. Verdock vs. Emsar, Inc., et als

Bench Trial Commences

COUNSEL OF RECORD:

Andrew Houlding, Esq.                Rome, McGuigan & Sabanosh,
                                     One State St., 13th Floor,
                                     Hartford, CT 06103-3101
                                     860-549-1000

Tasos C. Paindiris, Esq.             Jackson & Lewis, 55 Farmington Ave.,
                                     Suite 1200, Hartford, CT 06105
                                     860-522-0404

                                     BY ORDER OF THE COURT
                                     KEVIN F. ROWE, CLERK