UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS K. VERDOCK,<br>　　Plaintiff, | :<br>:<br>: | CIVIL ACTION NO.:<br>3:03cv0556 (PCD) |
| V. | :<br>: | |
| EMSAR, INC.,<br>　　Defendant. | :<br>: | NOVEMBER 19, 2004 |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Thomas K. Verdock and Defendant Emsar, Inc., through their respective undersigned counsel, hereby submit this Joint Stipulation of Dismissal of the Complaint in the above-referenced matter, with prejudice, each party to bear its own costs and expenses.

| | |
|---|---|
| THE PLAINTIFF,<br>THOMAS K. VERDOCK | THE DEFENDANT<br>EMSAR, INC. |
| *[signature]*<br>Andrew Houlding, Esq. (ct12137)<br>Rome McGuigan, P.C.<br>One State Street<br>Hartford, CT 06103<br>Tel: (860) 493-3468<br>Fax: (860) 724-3921<br>ahoulding@rms-law.com<br>His Attorneys | *[signature]*<br>Tasos Paindiris, Esq. (ct16739)<br>Jackson Lewis, LLP<br>177 Broad Street<br>Stamford, CT 06904-0251<br>Tel: (860) 522-0404<br>Fax: (860) 247-1330<br>PaindirT@jacksonlewis.com<br>Their Attorneys |

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 23rd day November, 2004, to the following counsel of record:

>Andrew Houlding
>Rome, McGuigan, Sabanosh PC
>One State Street
>Hartford, CT 06103-3101

                                              Tasos C. Paindiris